IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE No. 1:16-cv-00925-LCB-LPA

| | |
|---|---|
| JOHNATHAN HATCH, MARK DVORSKY, and SHATERIKA NICHOLSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL A. DEMAYO, individually, THE LAW OFFICES OF MICHAEL A. DEMAYO, P.C., LAW OFFICES OF MICHAEL A. DEMAYO, L.L.P., JASON E. TAYLOR, individually, LAW OFFICES OF JASON E. TAYLOR, P.C., BENJAMIN T. COCHRAN, individually, HARDISON & COCHRAN, PLLC, CARL B. NAGLE, individually, NAGLE & ASOOCIATES, P.A., JOHN J. GELCHENEN, individually, DAVIS & GELSHENEN LLP, MARK I FARBMAN, individually, MARK FARBMAN, P.A., TED A. GREVE, individually, TED A. GREVE & ASSOCIATES, P.A., CHRISTOPHER T. MAY, individually and ESTWANIK AND MAY, P.L.L.C.,<br><br>Defendants. | |

## NOTICE OF APPEARANCE OF
## FREDERICK L. BERRY AND JOHN F. BLOSS

John F. Bloss and Frederick L. Berry hereby give notice of their appearance in this action as co-counsel for Plaintiffs and request that all notices and pleadings in this case should be served on them as follows:

Frederick L. Berry, Esq.
John F. Bloss, Esq.
Higgins Benjamin, PLLC
301 North Elm Street, Ste. 800
Greensboro, NC  27401
Telephone  (336) 273-1600
Facsimile   (336) 274-4650
jbloss@greensborolaw.com
fberry@greensborolaw.com


Respectfully submitted, this the 21st  day of November, 2018.


| | |
|---|---|
| HIGGINS BENJAMIN, PLLC | */s/ John F. Bloss* |
| 301 North Elm Street, Ste. 800 | John F. Bloss (NC Bar #23947) |
| Greensboro, NC  27401 | |
| Telephone: 336-273-1600 | */s/Frederick L. Berry* |
| Facsimile:  336-274-4650 | Frederick L. Berry (NC Bar # 9696) |
| jbloss@greensborolaw.com | |
| fberry@greensborolaw.com | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance was filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

James R. Faucher (jfaucher@bbflaw.com)
Jeffrey K. Peraldo (jkp@greensborolawyer.com)
Reid C. Adams, Jr. (cal.adams@wbd-us.com)
Jonathan R. Reich (jonathan.reich@wbd-us.com)
Bradley M. Risinger (brad.risinger@smithmoorelaw.com)
Matthew Nis Leerberg (matt.leerberg@smithmoorelaw.com)
C. Amanda Martin (amartin@smvt.com)

This the 21st day of November, 2018.

*/s/ John F. Bloss*
John F. Bloss